UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY WALTHALL,

    Plaintiff,

v.

                                            Case No. 07-13117

CATHY M. GARRETT,
Wayne County Circuit Court Clerk,                HONORABLE DENISE PAGE HOOD
JAMES CHYLINSKI,
Wayne County Circuit Court judge,
KIM WORTHY,
Wayne County Prosecutor,

    Defendants.
_____/

## JUDGMENT

This action having come before the Court and pursuant to the Memorandum Opinion and Order entered on this date,

Accordingly,

Judgment in favor of defendants and the matter is dismissed for failure to state a claim..

                                                      DAVID J. WEAVER
                                                      CLERK OF COURT

Approved:                                        By:s/.Wm. F. LEWIS_____

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge
Dated: February 14, 2008
Detroit, Michigan